BENJAMIN NISENBAUM, Esq., SBN 222173
KATHERINE MACELHINEY, Esq., SBN 355532
**Burris Nisenbaum Curry & Lacy, LLP**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
Ben.Nisenbaum@bncllaw.com
Katherine@bncllaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MCCORMICK, individually and as a successor-in-interest to Decedent DAVID BENJAMIN; and SALVADOR GARCIA, individually and as a successor-in-interest to Decedent DAVID BENJAMIN. <br><br>                        Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation, OFFICER DYNELLE JONES, individually and in her official capacity as a police officer for the City of Vallejo; OFFICER CLINTON HILL, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER BRAD KIM, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER ROSENDO MESA, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER CONNOR SULLIVAN, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER DANIEL SARAVIA, individually and in his official capacity as a police officer for the City of Vallejo;  ; OFFICER MARK THOMPSON, individually and in his official capacity as a police officer for | CASE NO.: 2:25-cv-01468-JDP <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL AND DECLARATION IN SUPPORT OF MOTION** |

the City of Vallejo; OFFICER JAMES BEGIN, individually and in his official capacity as a police officer for the City of Vallejo; LIEUTENANT HERMAN ROBINSON, in his official capacity as a police lieutenant for the City of Vallejo; SERGEANT RASHAD HOLLIS, in his official capacity as a police sergeant for the City of Vallejo; Solano County Sheriff's Coroner's Office, CHIEF JASON TA, in his official capacity as the Chief of Police for the City of Vallejo; and DOES 1-50, inclusive, individually, jointly, and severally,

Defendants.

TO: THE ABOVE-NAMED PARTIES AND TO THE CLERK OF THE ABOVE-ENTITLED COURT.

**PLEASE TAKE NOTICE** that on September 11, 2025, at 10:00 a.m. in Courtroom 9 or as soon thereafter as counsel can be heard in the above-entitled court, the Defense Counsels and their Law Firm, Burris Nisenbaum Curry & Lacy, LLP, will request to withdraw as counsels in the above-entitled action for the reasons stated in the attached declaration and/or such other evidence, oral, or documentary, as may be introduced at the hearing on this motion.

This motion will be based upon the records, papers, files in this case, the attached declaration of Katherine MacElhiney, counsel for Plaintiffs, and any oral and/or documentary evidence that may be introduced at the hearing of said motion.

PLEASE TAKE FURTHER NOTICE that counsel requests permission to be heard by Zoom if possible pursuant Local Rule 174(a) (Fed. R. Civ. P. 83).

Respectfully Submitted,

Dated: August 13, 2025                **BURRIS NISENBAUM CURRY & LACY**

/s/ _Katherine MacElhiney, Esq._
Katherine MacElhiney
Benjamin Nisenbaum
Attorneys for Plaintiffs

BENJAMIN NISENBAUM, Esq., SBN 222173
KATHERINE MACELHINEY, Esq., SBN 355532
**Burris Nisenbaum Curry & Lacy, LLP**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
Ben.Nisenbaum@bncllaw.com
Katherine@bncllaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MCCORMICK, individually and as a successor-in-interest to Decedent DAVID BENJAMIN; and SALVADOR GARCIA, individually and as a successor-in-interest to Decedent DAVID BENJAMIN. <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation, OFFICER DYNELLE JONES, individually and in her official capacity as a police officer for the City of Vallejo; OFFICER CLINTON HILL, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER BRAD KIM, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER ROSENDO MESA, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER CONNOR SULLIVAN, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER DANIEL SARAVIA, individually and in his official capacity as a police officer for the City of Vallejo; ; OFFICER MARK THOMPSON, individually and in his official capacity as a police officer for | CASE NO.: 2:25-cv-01468-JDP <br><br> **DECLARATION OF KATHERINE MACELHINEY IN SUPPORT OF MOTION** |

the City of Vallejo; OFFICER JAMES BEGIN, individually and in his official capacity as a police officer for the City of Vallejo; LIEUTENANT HERMAN ROBINSON, in his official capacity as a police lieutenant for the City of Vallejo; SERGEANT RASHAD HOLLIS, in his official capacity as a police sergeant for the City of Vallejo; CHIEF JASON TA, in his official capacity as the Chief of Police for the City of Vallejo; and DOES 1-50, inclusive, individually, jointly, and severally,

Defendants.

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Katherine MacElhiney, declare:

1. Currently, I represent the Plaintiffs in the action *McCormick et al v. City of Vallejo, et al.*, 2:25-cv-01468-JDP. I filed the Complaint in this matter on June 27, 2025. On August 4, 2025, all Defendants were served with the Summons or Complaint. To date, no Defendant has answered, and the Court has not issued any Scheduling Order yet in this matter.

2. On behalf of myself and co-counsel Benjamin Nisenbaum, and Burris Nisenbaum Curry & Lacy, LLP, we request to be relieved as Counsel for Plaintiffs. This request is based on a break-down of the attorney-client relationship. It is my understanding that Ms. McCormick and Mr. Garcia agree and that if they intend to proceed with this matter, they would wish to proceed in propria persona until they decide if they want to hire new counsel to do so.

3. Substituting new counsel would not cause undue delay or prejudice to Mrs. Plaintiffs, since no dates have been calendared yet in this case.

4. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 13, 2025, in Oakland, California.

Respectfully Submitted,

| | | |
|---|---|---|
| 1 | Dated: August 13, 2025 | **BURRIS NISENBAUM CURRY & LACY** |
| 2 | | /s/  *Katherine MacElhiney, Esq*. |
| 3 | | Katherine MacElhiney<br>Attorney for Plaintiffs |

BENJAMIN NISENBAUM, Esq., SBN 222173
KATHERINE MACELHINEY, Esq., SBN 355532
**Burris Nisenbaum Curry & Lacy, LLP**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
Ben.Nisenbaum@bncllaw.com
Katherine@bncllaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MCCORMICK, individually and as a successor-in-interest to Decedent DAVID BENJAMIN; and SALVADOR GARCIA, individually and as a successor-in-interest to Decedent DAVID BENJAMIN.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation, OFFICER DYNELLE JONES, individually and in her official capacity as a police officer for the City of Vallejo; OFFICER CLINTON HILL, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER BRAD KIM, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER ROSENDO MESA, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER CONNOR SULLIVAN, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER DANIEL SARAVIA, individually and in his official capacity as a police officer for the City of Vallejo; ; OFFICER MARK THOMPSON, individually and in his official capacity as a police officer for | CASE NO.: 2:25-cv-01468-JDP<br><br>**[PROPOSED] ORDER TO MOTION TO WITHDRAW AS COUNSEL** |

the City of Vallejo; OFFICER JAMES BEGIN, individually and in his official capacity as a police officer for the City of Vallejo; LIEUTENANT HERMAN ROBINSON, in his official capacity as a police lieutenant for the City of Vallejo; SERGEANT RASHAD HOLLIS, in his official capacity as a police sergeant for the City of Vallejo; CHIEF JASON TA, in his official capacity as the Chief of Police for the City of Vallejo; and DOES 1-50, inclusive, individually, jointly, and severally,

                Defendants.

# ORDER

After considering the motion and declarations, the Court orders as follows:

    1.    <u>MOTION TO WITHDRAW:</u>

        _____ Granted

        _____ Modified

        _____ Denied

    IT IS SO ORDERED:

DATED: _____

                                        _____

                                        Hon. Jeremy D. Peterson

                                        Judge of the Eastern District Court of California

# PROOF OF SERVICE

I, Brooke Inman, declare as follows: I am over the age of 18 years and not a party to this action. My business address is 667 31st Street, Suite Oakland, CA 94609. I caused the foregoing:

- *Motion to Withdraw as Counsel*

to be served on the following parties in the following manner:

Mail [] Overnight Mail [ ] Personal Service [ ] Email [ X]

Sheila McCormick
Email: 56sheilamac@gmail.com

Salvator Garcia
Email: sal_garcia@mail.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration of service was executed in Oakland, CA on August 13, 2025.

Signed: */s/ Brooke Inman*