**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:  KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687
Email: Katelyn.knight@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO,
DYNELLE JONES, CLINTON HILL, BRAD KIM,
ROSENDO MESA, CONNOR SULLIVAN, DANIEL
SARAVIA, MARK THOMPSON, JAMES BEGLIN,
RASHAD HOLLIS, and JASON TA

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MCCORMICK, individually and as a successor-in-interest to Decedent DAVID BENJAMIN; and SALVADOR GARCIA, individually and as a successor-in-interest to Decedent DAVID BENJAMIN, | Case No.  2:25-cv-01468-JDP |
| | **STIPULATION, REQUEST, AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS** |
| Plaintiffs, | |
| vs. | |
| CITY OF VALLEJO, a municipal corporation; OFFICER DYNELLE JONES, individually and in her official capacity as a police officer for the City of Vallejo; OFFICER CLINTON HILL, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER BRAD KIM, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER ROSENDO MESA, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER CONNOR SULLIVAN, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER DANIEL SARAVIA, | |

individually and in his official capacity as a police officer for the City of Vallejo; OFFICER MARK THOMPSON, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER JAMES BEGLIN, individually and in his official capacity as a police officer for the City of Vallejo; LIEUTENANT HERMAN ROBINSON, in his official capacity as a police lieutenant for the City of Vallejo; SERGEANT RASHAD HOLLIS, in his official capacity as a police sergeant for the City of Vallejo; CHIEF JASON TA, in his official capacity as the Chief of Police for the City of Vallejo; Solano County Sheriff's Coroner's Office; and DOES 1 - 50, inclusive, individually jointly, and severally,

Defendants.

**WHEREAS,** on September 23, 2025 Defendant Herman Robinson filed a Motion to Dismiss (Dkt No. 15), which was set for hearing on November 6, 2025;

**WHEREAS,** on September 23, 2025 Defendants City of Vallejo, Dynelle Jones, Clinton Hill, Brad Kim, Rosendo Mesa, Connor Sullivan, Daniel Saravia, Mark Thompson, James Beglin, Rashad Hollis, and Jason Ta filed a Motion to Dismiss (Dkt No. 16), which was set for hearing on October 30, 2025;

**WHEREAS,** on September 24, 2025, the Court issued a Minute Order (Dkt No. 17) continuing the hearing on the second Motion to Dismiss (Dkt No. 16) to November 6, 2025;

**WHEREAS,** counsel for Defendants City of Vallejo, Dynelle Jones, Clinton Hill, Brad Kim, Rosendo Mesa, Connor Sullivan, Daniel Saravia, Mark Thompson, James Beglin, Rashad Hollis, and Jason Ta will be out of town on vacation from November 1st through November 15th and unavailable on the hearing date;

**NOW THEREFORE**, the parties stipulate to and request an order continuing the hearing on the two Motions to Dismiss to November 20, 2025.

**/ / /**

1   **SO STIPULATED.**

2   DATED:  September 29, 2025              _/s/ Katelyn M. Knight_____

3                                          KATELYN M. KNIGHT
                                           Assistant City Attorney
4                                          Attorney for Defendants
                                           CITY OF VALLEJO, DYNELLE JONES,
5                                          CLINTON HILL, BRAD KIM, ROSENDO
                                           MESA, CONNOR SULLIVAN, DANIEL
6                                          SARAVIA, MARK THOMPSON, JAMES
                                           BEGLIN, RASHAD HOLLIS, and JASON TA
7

8   Dated:  September 29, 2025             _/s/ William Bittner (as authorized on 9/25/25)_

9                                          WILLIAM BITTNER
                                           DERICK E. KONZ
10                                         Attorneys for Defendant
                                           HERMAN ROBINSON
11

12

13  Dated:  September 29, 2025             _/s/ Katherin MacElhiney (as authorized on_

14                                         _9/25/25)_____
                                           KATHERINE MACELHINEY
15                                         BENJAMIN NISENBAUM
                                           Attorneys for Plaintiffs SHEILA
16                                         MCCORMICK and SALVADOR GARCIA

17

18

19

20

21

22

23

24

25

26

27

28

---

Case No. 2:25-cv-01468-JDP                          STIP TO CONTINUE; [PROPOSED]
                                                    ORDER

1

## <u>ORDER</u>

2      Upon stipulation of all parties and good cause therefore:

3      The hearing date on Defendants' respective Motions to Dismiss is hereby continued to

4  November 20, 2025, at 10:00 a.m.

5

6  IT IS SO ORDERED.

7

8  Dated:    September 29, 2025                    _____

9                                                 JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28