1 | **VERONICA A.F. NEBB**
City Attorney, SBN 140001
2 | **BY:  KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
3 | **CITY OF VALLEJO**, City Hall
4 | 555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
5 | Tel:    (707) 648-4545
6 | Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO, DYNELLE JONES, CLINTON HILL, BRAD KIM, ROSENDO MESA, CONNOR SULLIVAN, DANIEL SARAVIA, MARK THOMPSON, JAMES BEGLIN, RASHAD HOLLIS, and JASON TA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MCCORMICK, individually and as a successor-in-interest to Decedent DAVID BENJAMIN; and SALVADOR GARCIA, individually and as a successor-in-interest to Decedent DAVID BENJAMIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; OFFICER DYNELLE JONES, individually and in her official capacity as a police officer for the City of Vallejo; OFFICER CLINTON HILL, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER BRAD KIM, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER ROSENDO MESA, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER CONNOR SULLIVAN, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER DANIEL SARAVIA, | Case No.  2:25-cv-01468-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FRCP 26 CONFERENCE, DISCLOSURES, AND DISCOVERY PLAN [LR 143]** |

|   |   |
|---|---|
| 1 | individually and in his official capacity as a police officer for the City of Vallejo; OFFICER MARK THOMPSON, individually and in his official capacity as a police officer for the City of Vallejo; OFFICER JAMES BEGLIN, individually and in his official capacity as a police officer for the City of Vallejo; LIEUTENANT HERMAN ROBINSON, in his official capacity as a police lieutenant for the City of Vallejo; SERGEANT RASHAD HOLLIS, in his official capacity as a police sergeant for the City of Vallejo; CHIEF JASON TA, in his official capacity as the Chief of Police for the City of Vallejo; Solano County Sheriff's Coroner's Office; and DOES 1 - 50, inclusive, individually jointly, and severally, |
| | Defendants. |

**WHEREAS,** Plaintiffs initiated the instant action by filing a Complaint for Damages on May 27, 2025;

**WHEREAS,** on August 13, 2025 Plaintiffs' counsel filed a Motion to Withdraw, which was unopposed and has been taken under submission;

**WHEREAS,** on September 23, 2025, counsel for Defendants City of Vallejo, Dynelle Jones, Clinton Hill, Brad Kim, Rosendo Mesa, Connor Sullivan, Daniel Saravia, Mark Thompson, James Beglin, Rashad Hollis, and Jason Ta filed a Motion to Dismiss;

**WHEREAS,** on September 23, 2025, counsel for Defendant Herman Robinson filed a Motion to Dismiss;

**WHEREAS,** Defendants' respective Motions to Dismiss are set for hearing November 20, 2025;

**WHEREAS,** on October 15, 2025 all counsel met and conferred by phone pursuant to Federal Rule of Civil Procedure 26(f);

**WHEREAS,** all counsel agrees it would be most efficient and appropriate to exchange initial disclosures and develop a proposed discovery plan after resolution of Plaintiffs' counsel's

pending Motion to Withdraw and Defendants' pending Motions to Dismiss.

**NOW THEREFORE**, the parties stipulate to and request an order directing that the parties confer pursuant to Federal Rule of Civil Procedure 26(f) within 30 days following resolution of Plaintiffs' counsel's Motion to Withdraw and filing of an Answer by all Defendants.

**SO STIPULATED.**

DATED: October 15, 2025

*/s/ Katherine MacElhiney (as authorized on October 15, 2025)*
KATHERINE MACELHINEY
Attorney for Plaintiffs SHEILA MCCORMICK and SALVADOR GARCIA, individually and as successors in interest to Decedent DAVID BENJAMIN

DATED: October 15, 2025

*/s/ Derick Konz (as authorized on October 15, 2025)*
DERICK KONZ
Attorney for Defendant HERMAN ROBINSON

DATED: October 16, 2025

*/s/ Katelyn M. Knight*
KATELYN M. KNIGHT
Assistant City Attorney
Attorney for Defendants
CITY OF VALLEJO, DYNELLE JONES, CLINTON HILL, BRAD KIM, ROSENDO MESA, CONNOR SULLIVAN, DANIEL SARAVIA, MARK THOMPSON, JAMES BEGLIN, RASHAD HOLLIS, and JASON TA

IT IS SO ORDERED.

Dated:   October 16, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE